UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ljubica Rajkovic,<br><br>        Plaintiff,<br><br>v.<br><br>Kathleen M. Frye *et al.*,<br><br>        Defendants. | Case: 1:15-cv-01673<br>Assigned To : Unassigned<br>Assign. Date : 10/14/2015<br>Description: Pro Se Gen. Civil (F Deck) |

## MEMORANDUM OPINION

Plaintiff has submitted a Complaint that revisits her long-dismissed complaint against deceased Senator Edward Kennedy, *Rajkovic v. Kennedy*, Civ. No. 00-2293 (EGS) (closed Nov. 30, 2001). In addition to naming Kennedy as a defendant in this action, plaintiff sues Assistant United States Attorney Kathleen M. Frye who represented the federal defendants in the prior case. Plaintiff seeks money damages for "illegality of process" and "fraud" in the prior case.

Pursuant to 28 U.S.C. § 1915(e), the Court must dismiss a complaint upon a determination that it, among other grounds, is frivolous. A frivolous complaint is one that lacks "an arguable basis in law and fact," *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984), or "postulat[es] events and circumstances of a wholly fanciful kind." *Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981). The instant complaint qualifies as frivolous. Hence this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: October \_\_\_\_\_, 2015

